Christopher J. Passarelli, SBN 241174
cp@dpf-law.com
Brett J. Leininger, SBN 329579
bleininger@dpf-law.com
DICKENSON PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, CA 94559
Telephone: (707) 261-7000
Facsimile: (707) 340-7239

Attorneys for Plaintiff
AMICI INVESTMENTS, LLC,

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| AMICI INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VIA ROMANO VINEYARDS INC., a California Corporation; JONATHAN MARK CHEWNING, an individual; and LEANNE RENEE DAVIS, an individual,<br><br>    Defendants. | Case No. 2:23-cv-01527-KJM-JDP<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>[*Submitted to Magistrate Judge Jeremy D. Peterson, pursuant to Local Rule 302(c)(19)*] |
|---|---|

TO THE DEFENDANTS,

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Rule 302(c)(19), on January 18, 2024, at 10:00 a.m., or as soon thereafter as this matter may be heard by the Magistrate Judge of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814, Courtroom 9, 13th Floor, Plaintiff Amici Investments, LLC, ("Plaintiff") will move for entry of default judgment against Defendants Via Romano Vineyards, Inc. ("Via Romano"), Jonathan Mark Chewning, and Leanne Renee Davis (collectively "Defendants," each a "Defendant"). The clerk entered the default against said Defendants on December 4, 2023.

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. No Defendant is a minor or incompetent person, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. No Defendant has appeared in this action.

3. Plaintiff is entitled to judgment against Defendants on account of the claims pleaded in the complaint, namely, for breach of contract and breach of the covenant of good faith and fair dealing; federal trademark infringement; federal unfair competition and false designation of origin; common law trademark infringement; and unfair business practices under California Business and Professions Code section 17200, *et seq*.

4. The amount of judgment sought is the sum of $131,906.64, comprising $98,021.64 in damages ($32,673.88 in Defendants' net profits from infringing sales, trebled) and $33,885 in attorneys' fees, as set forth in the attached Declarations of Christopher J. Passarelli and Brett J. Leininger, and the pleadings, files and other matters that may be presented at the hearing.

Respectfully submitted,

Dated: December 4, 2023

**DICKENSON, PEATMAN & FOGARTY**

By */s/ Christopher J. Passarelli*
   Christopher J. Passarelli
   Brett J. Leininger

Attorneys for Plaintiff,
Amici Investments, LLC

# **PROOF OF SERVICE**

I, the undersigned, certify that I am over age 18, and am not a party to this action, and am employed in the County of Napa, California.  My business address is 1500 First Street, Suite 200, Napa, California 94559.

On December 4, 2023, I served the following document(s):

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

on the person(s) below, as follows:

Jonathan Mark Chewning
2875 Larsen Drive
Camino, CA 95709

Leanne Renee Davis
2875 Larsen Drive
Camino, CA 95709
leanne@vrv.vin

Via Romano Vineyards, Inc.
c/o Jonathan Mark Chewning, agent for service
2875 Larsen Drive
Camino, CA 95709

(XX)   U. S. MAIL.  I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

(XX)   BY ELECTRONIC SERVICE.  I caused a copy of the document(s) to be sent to the person(s) at the electronic service address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on December 4, 2023, at Napa, California.

/s/ Isabela Ramos
Isabela Ramos